AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. Case: 2:13-cv-14054
Hon. Judge: Lawson, David M.
MJ: Komives, Paul J.
Filed: 09-23-2013 At 09:37 AM
CMP FAITH ET AL V. SNYDER ET AL (DA)

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Roger Kahn

Date of Service: September 30, 2013

FILED
OCT 22 2013
CLERK'S OFFICE
DETROIT

## Method of Service

___ Personally served at this address:
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____

___ Other (specify): certified mail
_____
_____

___ Returned unexecuted (reason):
_____
_____

**Service Fees:** Travel $_____ Service $ 7.57 Total $ 7.57

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Faith
Signature of Server: Faith
Date: Oct. 3, 2013
Server's Address: 17568 Hartwell St, Detroit, Michigan 48235

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _N. W. Kahn_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) _N. KAHN_ | C. Date of Delivery |
| 1. Article Addressed to:<br>Roger Kahn<br>3177 Monticello<br>Saginaw, MI 48603 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>3177 Monticello LN | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7013 2250 0001 7306 4434 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Stamp: SAGINAW MI BOARD USPS OCT 02 2013 48603